United States Bankruptcy Court for
the Eastern District of Pennsylvania

In re: James Dalton                : Bk. No. 14-17340-mdc
    Debtors

: Chapter 7

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned appears for **James Dalton**, the debtor, and demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**s/ Lawrence S. Rubin, Esquire**
Lawrence S. Rubin, Esquire
Lrubin@pennlawyer.com
Attorney for the debtor
337 W State Street
Media, PA 19063-2615
(610) 565-6660

## **CERTIFICATION OF SERVICE**

      I, Lawrence S. Rubin, attorney for debtor, do hereby certify service of the attached notice by first class mail or electronic delivery, November 19, 2016, upon the following parties:

Frederick L. Reigle, Trustee
P.O. Box 4010
2901 St. Lawrence Avenue
Reading, PA 19606

ROGER V. ASHODIAN
Regional Bankruptcy Center of SE PA
101 West Chester Pike
Ste. 1A
Havertown, PA 19083
610-446-6800
rashodian@schollashodian.com

                              **s/ Lawrence S. Rubin, Esquire**
                              Lawrence S. Rubin, Esquire
                              Attorney for the debtors
                              337 W State Street
                              Media, PA 19063-2615
                              (610) 565-6660
                              Fax: (610) 565-6660