## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  JAMES DALTON | CHAPTER7  BANKRUPTCY <br><br> CASE NO: 14-17340-mdc |

### NOTICE OF APPEARANCE

Kindly enter my appearance as counsel on behalf of Ditech Financial, LLC, Secured

Creditor in the above-captioned matter.

Date: 12/16/16

**CURLEY & ROTHMAN LLC**

By: _____

Scott M. Rothman
(PA ID: 201478)
Spring Mill Corporate Center
1100 East Hector St., Suite 425
Conshohocken, PA 19428
610.834.8819
srothman@curleyrothman.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  JAMES DALTON | CHAPTER7  BANKRUPTCY<br><br>CASE NO: 14-17340-mdc |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of

Appearance was served via First Class mail, postage prepaid, upon the following:

Lawrence S. Rubin, Esquire
337 W. State St.
Media, PA 19063-2615


Date: 12/16/16

**CURLEY & ROTHMAN LLC**

By: _____

Scott M. Rothman
(PA ID: 201478)
Spring Mill Corporate Center
1100 East Hector St., Suite 425
Conshohocken, PA 19428
610.834.8819
srothman@curleyrothman.com